

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MARGARET A. LEWIS      CIVIL ACTION NO. 07-cv-1617

VERSUS      JUDGE WALTER

U.S. COMMISSIONER SOCIAL      MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **affirmed** and Plaintiff's complaint is **dismissed with prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE